***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted November 3, affirmed December 14, 2022

In the Matter of A. R. B.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

C. M. S.,
*Appellant.*

Curry County Circuit Court
21JU05163; A178781

Cynthia Lynnae Beaman, Judge.

Aron Perez-Selsky filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Emily N. Snook, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, and Mooney, Judge, and Pagán, Judge.

PAGÁN, J.

Affirmed.

**PAGÁN, J.**

Mother appeals from a judgment terminating her parental rights to A. R. B. The juvenile court concluded that mother was unfit by reason of a condition seriously detrimental to the child, and that integration of the child into the mother's home was improbable within a reasonable time due to a condition not likely to change. *See* ORS 419B.504. More specifically, the court found that mother suffered from a mental health condition of such a nature and duration as to render her incapable of providing proper care for A. R. B. for extended periods of time. The court found that mother failed to learn parenting and/or housekeeping skills sufficient to provide a safe and stable home for A. R. B., and that she failed to present a viable plan for the child's return to her care. The court also found that termination of parental rights was in the child's best interests. *See* ORS 419B.500.

We have reviewed the record *de novo.* ORS 19.415(3). On *de novo* review, having examined the evidence in the record, we agree with the juvenile court, and make the same findings by clear and convincing evidence. ORS 419B.521(1); *Dept. of Human Services v. T. M. D.*, 365 Or 143, 158, 442 P3d 1100 (2019). We agree with the juvenile court that mother's mental health condition is seriously detrimental to the child, and her condition is not likely to change, making integration of the child into mother's home improbable within a reasonable time. The evidence in the record persuades us that it is in the child's best interests to terminate mother's parental rights and free the child for adoption.

Affirmed.